UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1:24-cv-06591-JAM

**TRAVIS INGRAM,**
*individually and on behalf of all
others similarly situated,*

      **Plaintiff,**

v.

**NEPTUNE AUTO TRANSPORT LLC,**

      **Defendant.**

_____/

## NOTICE OF SETTLEMENT

    Plaintiff TRAVIS INGRAM submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: November 18, 2024

                                                                         Respectfully Submitted,

                                                                        /s/ Zane C. Hedaya
                                                                        **ZANE C. HEDAYA, ESQ.**
                                                                        New York Bar No.: 6135339
                                                                        E-mail: zane@jibraellaw.com
                                                                        The Law Offices of Jibrael S. Hindi
                                                                        110 SE 6th Street, Suite 1744
                                                                        Fort Lauderdale, Florida 33301
                                                                        Phone: 813-340-8838

                                                                        *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 18, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339

PAGE | 2 of 2

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com